UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DR. ENRIQUETA MAYUGA, a married person, as trustee for THE MAYUGA LIVING TRUST,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SENTINEL INSURANCE COMPANY, LTD, a foreign corporation,<br><br>　　　　　　　　　　Defendant. | NO: 2:18-CV-0251-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Notice of Settlement requesting that the case be dismissed with prejudice.  ECF No. 61.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

This action is **DISMISSED** with prejudice.  The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.  **DATED** June 9, 2020.



　　　　　　　　　　THOMAS O. RICE
　　　　　　　　Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1